## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTOS MARTINEZ RAMOS<br><br>     Plaintiff,<br><br>v.<br><br>JUSTIN'S CAFE, LLC, et al.<br><br>     Defendants. | Case No. 1:19-cv-00014-RJL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JUSTIN'S CAFE, LLC

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action against Justin's Cafe, LLC, *without prejudice*, Plaintiff to bear his own costs and attorneys' fees.

Date: January 16, 2019

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*