AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
APR 16 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SANTOS MARTINEZ RAMOS )
*Plaintiff* )
v. ) Civil Action No. 19-cv-00014 (RJL)
JUSTIN'S CAFE, LLC, ET AL., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: The Clerk of the Court is directed to enter judgment against Allison Kays in the amount of $60,560.88, consisting of $6,249.84 in overtime wages, $6,782.13 in unpaid wages, $39.095.51 in liquidated damages, $7,913.00 in attorney's fees and $520.00 in costs. (See the Court's Memorandum Opinion and Order at Dkts. #15 and #16)

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Richard J. Leon _____ on a motion for Default Judgment

Date: 04/16/2020

ANGELA D. CAESAR, CLERK OF COURT

John T. Haley, Deputy Clerk
*Signature of Clerk or Deputy Clerk*